SCOTT O. SMITH (SBN: 62839)
Email: scottsmith@buchalter.com
MANCY PENDERGRASS (SBN: 252705)
Email: mpendergrass@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, McKESSON CORPORATION, a Delaware corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

McKESSON CORPORATION, a Delaware corporation,

Plaintiff,

v.

OMNI HEALTHCARE, INC., a Florida corporation,

Defendant.

**Case No:**

**COMPLAINT FOR MONEY**

1. Breach of Written Contract;
2. Goods Sold and Delivered;
3. Reasonable Value;
4. Money Had and Received;
5. Account Stated

Plaintiff McKesson Corporation ("Plaintiff"), a Delaware corporation, complains and alleges as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction is based on 28 U.S.C. §1332, in that this is a civil action between citizens of different states, and in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to this action occurred in this judicial district. The subject contract was prepared and negotiated in San Francisco, California where Plaintiff maintains its headquarters.

**THE PARTIES**

3. Plaintiff, at all relevant times, was and is a Delaware corporation with headquarters located in San Francisco, California, and it is qualified to do business in California.

4. Plaintiff is informed and believes, and based thereon alleges, that at all times mentioned herein, defendant Omni Healthcare, Inc. ("Omni" or "Defendant") was and still is a Florida corporation with its principal place of business located in Melbourne, Florida.

**FIRST CLAIM FOR RELIEF**

**Breach of Written Contract**

5. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 4, inclusive, of the Complaint as if those allegations were set forth herein.

6. On or about April 15, 2010, Omni applied, in writing, for credit with Plaintiff, for itself and as collection agent for any of its affiliates, including but not limited to, McKesson Specialty Distribution LLC, McKesson Specialty Care Distribution Corporation, McKesson Specialty Health, MSH Technology Products LLC and McKesson Medical Surgical (collectively, "McKesson"), for the purchase

of pharmaceuticals, medical supplies and products from McKesson for which Omni agreed to be bound by the Standard Terms of Sale published by McKesson as shown on McKesson's invoices or statements or by any written agreement or terms of sale with McKesson governing Omni's account. Further, Omni agreed to pay for all purchases, fees and other charges incurred by Omni or an authorized user on account of Omni, including service charges on past due amounts at the highest rate permitted by law. A redacted copy of Omni's Customer Application dated April 15, 2010 is attached as **Exhibit 1**. Based thereon, McKesson extended credit to Omni. Between November 1, 2014 and January 22, 2016, McKesson and Omni entered into a series of agreements evidenced by written invoices ("Invoices"), whereby McKesson agreed to sell and Omni agreed to purchase medical prescriptions, supplies and products (collectively, the "Goods"). Between November 1, 2014 and January 22, 2016, McKesson shipped the Goods to Omni pursuant to the Invoices, for which Omni received and accepted in good condition.

7. The Invoices provide for payment net 30 days from the date of each Invoice and further provide that Omni agrees to pay a finance charge of 1.5% per month to be charged on all past due Invoices. Copies of the Account Statements evidencing the Invoice numbers, dates, amounts and due dates of each Invoice, finance charges, along with sums credited to the account, are attached collectively as **Exhibit 2**. The Invoices, along with the Customer Application, are hereinafter collectively referred as the "Invoice Agreements."

8. Omni failed to make the Invoice payments when due and is in breach of the terms of the Invoice Agreements. As a proximate result of Omni's breach, McKesson has been damaged in an amount not less than the sum of $325,702.38.

9. Although demand for payment has been made, Omni failed and refused and continues to fail and to refuse to pay to McKesson the amount due and owing on the Invoices. There is now due and to become due, owing and unpaid to McKesson from Omni the sum of not less than $325,702.38, together with interest

from the due date of each Invoice and other fees and charges pursuant to the terms of the Invoice Agreements, according to proof at time of trial or entry of judgment.

10. The Invoice Agreements provide that Omni agrees to pay all reasonable attorney fees and expenses or costs incurred by McKesson in enforcing its rights to collect amounts due from Onmi. McKesson has retained the law firm of Buchalter Nemer, a professional corporation, and is entitled to reasonable attorneys' fees and costs incurred in prosecuting this action.

11. McKesson performed all of the promises, conditions and covenants agreed to perform pursuant to the terms of the Invoice Agreements, except for those promises, conditions and covenants excused by the acts and omissions of Defendant.

**SECOND CLAIM FOR RELIEF**

**Goods Sold and Delivered**

12. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 4, inclusive, of the Complaint as if those allegations were set forth herein.

13. Within the last four years, the Defendant became indebted to McKesson for goods sold and delivered, which were of the reasonable and agreed value of $325,702.38.

14. The whole of the said sum has not been paid, and there is now due, owing and unpaid to McKesson from the Defendant the sum of not less than $325,702.38, together with interest, according to proof at time of trial of entry of judgment.

**THIRD CLAIM FOR RELIEF**

**Reasonable Value**

15. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 4, inclusive, of the Complaint as if those allegations were set forth herein.

16. Within the last four years, McKesson sold and delivered goods to Defendant at Defendant's special request, the reasonable value of which the Defendant then and there agreed to pay to McKesson.

17. At the time of the sale and delivery, the aggregate reasonable value of the goods was at least in the sum of $325,702.38. Although demand for payment has been made, the whole of said sum has not been paid, and there is now due, owing and unpaid from the Defendant to McKesson the sum of not less than $325,702.38, together with interest, according to proof at time of trial or entry of judgment.

## FOURTH CLAIM FOR RELIEF

### Money Due

18. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 4, inclusive, of the Complaint as if those allegations were set forth herein.

19. Within past four years, the Defendant became indebted to McKesson in the sum of at least $325,702.38 for goods sold and delivered to the Defendant for the benefit of the Defendant by McKesson at the Defendant's request.

20. No part of said sum has been paid, although payment has been demanded, and there is now due, owing and unpaid to McKesson from the Defendant the sum of not less than $325,702.38, plus interest, according to proof at time of trial or entry of judgment.

## FIFTH CLAIM FOR RELIEF

### Account Stated

21. Plaintiff incorporates by reference all allegations contained in Paragraphs 1 through 4, inclusive, of the Complaint as if those allegations were set forth herein.

22. Within the last four years, an account was stated in writing by and between McKesson and the Defendant wherein it was agreed that the Defendant

was indebted to McKesson in the sum of at least $325,702.38 for goods sold and delivered at the Defendant's special insistence and request.

23. The whole of the above sum has not been paid, although demand therefor has been made. There is now due, owing and unpaid to McKesson from the Defendant the sum of not less than $325,702.38, together with interest, according to proof at time of trial or entry of judgment.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment against Omni as follows:

On the First Claim for Relief:

1. For the sum of not less than $325,702.38, together with interest and other fees and charges pursuant to the Invoice Agreements, according to proof at time of trial or entry of judgment;

2. For reasonable attorneys' fees;

On the Second, Third, Fourth and Fifth Claims for Relief:

3. For the sum of not less than $325,702.38, together with interest, according to proof at time of trial or entry of judgment;

On All Claims for Relief:

4. For costs of suit herein incurred;

5. For such other and further relief as the court may deem proper.

DATED: February 16, 2016

BUCHALTER NEMER
A Professional Corporation

By: ______________________
SCOTT O. SMITH
MANCY PENDERGRASS
Attorneys for Plaintiff
MCKESSON CORPORATION, a Delaware corporation

#532024

04/15/2010 15:55 3217280226 OMNIHEALTHCARE PAGE 02/04

**McKESSON**
Empowering Healthcare

**CUSTOMER APPLICATION**
(Please print in block letters)

McKesson Corporation or an affiliated company ("McKesson")

CD01-U V.02-09

Type of Business: ☐ Acute ☐ Primary Care ☐ Specialty ☐ Home Health ☐ Extended ☐ Long Term ☐ Pharmacy ☐ Closed Door ☐ Internet ☐ Mail Order ☐ Supplier ☐ Government ☐ Other

| | | | | |
|---|---|---|---|---|
| Legal Company Name: Omni Healthcare | Website Address: | | | Federal Tax ID: [redacted] |
| Legal Address (Main Office): 1344 S. Apollo Blvd, Suite 303 | City: Melbourne | State: FL | Zip: 3290 | |
| Contact Name we may call for questions regarding this application: | Title: | | | Phone: |
| Billing / Statement Address (if different than Main Office): 95 Bulldog Blvd, Suite 202 | City: Melbourne | State: FL | Zip: 32901 | |
| Accounts Payable Contact Person: Cathy Fisher | Accounts Payable Telephone: 3217272990 | Accounts Payable Fax: 3217241455 | Accounts Payable Email: | |

Shipping Information: ☐ If more than 1 Ship-to, please attach multiple Ship-to's information

| | | | | |
|---|---|---|---|---|
| DBA or Business Trade Name of Account: | Estimated Monthly Purchases: $ | Initial Order: $ | | Number of Employees: |
| Ship to Address: 1344 S. Apollo Blvd, Suite 303 | City: Melbourne | State: FL | Zip: 32901 | |
| Ship to Contact Person: | Ship to Telephone: 3217273495 | Ship to Fax: 3217280226 | Ship to Email: | |

Years in Business | State Org/Charter ID/License# | Name of State

Has applicant, applicant's parent or affiliates ever filed for bankruptcy? ☐ No ☐ Yes, attach explanation

Ownership Type: ☐ Proprietorship ☐ Partnership ☐ Limited Partnership ☐ LLC ☐ (S) Corp ☐ (C) Corp ☐ Professional Corp ☐ Non-Profit Corp

Principal Owner(s) or Stockholder(s) | % Ownership(s) | Social Security Number(s)

NAME OF CONTROLLING ENTITY (if any) | Applicant's relationship to controlling entity | Phone

Address of Controlling Entity | City | State | Zip

REFERENCES:

| | | | |
|---|---|---|---|
| Primary Bank/Financial Institution: | Account Number: | Contact Name: | Phone: |
| Primary Supply Provider: McKesson Specialty | Account Number: 4776 | Contact Name: | Phone: 8774826700 |
| Primary Technology Provider: | Account Number: | Contact Name: | Phone: |

Additional Information Required (if applicable, please attach these documents to this application):

- ☐ Copy of Resale/Tax Exemption Certificate
- ☐ Copy of DEA Registration, State Pharmacy License, or Medical License — DEA# | HIN# | Medical License# & Name of State
- ☐ Copies of 3 most recent and consecutive primary supplier statements
- ☐ Annual Financial Statements for the past 2 years (including balance sheet, income statement, and cash flow statements)

[illegible]

Customer agrees to abide by, and acknowledges having received and reviewed McKesson's Returns Policy (including reporting to McKesson all claims for damaged or missing product within 48 hours of receipt of goods). Price billed is the current price in effect at the time of order placement. Any payment made after the due date shall result in a two percent (2%) increase to the purchase price in addition to service charges on past due amounts at the highest rate permitted by law.

Please select one of the following standard payment terms (subject to credit approval by McKesson):

- ☐ Weekly Payment Terms: Payment is made from statement, with invoices from Monday - Friday due the fourth following Thursday via Automated Clearinghouse (ACH) or other Electronic Funds Transfer (EFT) method acceptable to McKesson. The debit will be initiated by McKesson.
- ☐ Semi-Monthly Payment Terms: Payment is made from statement, with invoices dated from the 1st - 15th due at McKesson's "remit to" address on the 3rd and invoices dated from the 16th - 30/31st due at McKesson's "remit to" address on the 18th of the following month.
- ☐ 28 Day Invoice Payment Terms: Payment is made from invoice with each invoice due to the McKesson "remit to" address within twenty eight (28) calendar days of each invoice date.

This section applies to all accounts with McKesson Corporation or an affiliated company

Customer agrees to abide by Standard Terms of Sale published by McKesson, as shown on McKesson's invoices or statements, or by any written agreement of terms of sale with McKesson governing Customer's account. Customer agrees to pay for all purchases, fees and other charges incurred by Customer or an authorized user on any account of Customer, including service charges on past due amounts at the highest rate permitted by law (including purchases shipped and/or billed to a third-party agent on behalf of Customer). Without limiting McKesson's other legal rights, McKesson may exercise a right of set-off against amounts due Customer from McKesson Corporation or any of its affiliates. McKesson reserves the right, in its sole discretion, to change a payment term (including imposing cash payment upon delivery), limit total credit, suspend or discontinue the shipment of any orders to Customer if McKesson concludes that (i) there has been a material change in the Customer's financial condition or payment performance or (ii) Customer has ceased or is likely to cease to meet McKesson's credit requirements.

Customer represents that it is entitled to discounted prices from manufacturers as it has notified McKesson ("Contract Prices"). In consideration of McKesson allowing Customer to purchase products at Contract Prices, Customer represents that McKesson will be paid by the appropriate manufacturer the difference between McKesson's cost and the Contract Price ("Chargeback") and Customer will be liable to McKesson for any unpaid Chargeback if any manufacturer (i) denies a Chargeback for any reason, (ii) makes an assignment for the benefit of creditors, files a petition in bankruptcy, is adjudicated insolvent or bankrupt, or if a receiver or trustee is appointed with respect to a substantial part of its property or a proceeding is begun which will substantially impair its ability to pay Chargebacks or (iii) fails to pay McKesson Chargebacks for any reason other than McKesson's gross negligence.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating due to race, color, religion, national origin, sex, marital status, age; or because all or part of the Customer's income is from any public assistance program; or the Customer exercises any right under the Consumer Credit Protection Act. The Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580 administers compliance with this law.

Customer represents and warrants that Customer has read and understands this form and has reviewed the information provided in its entirety, including responses completed for Customer by a McKesson representative, and that all information is complete and correct, and agrees that McKesson will be relying on this information and will notify McKesson of any material changes to such information. Customer agrees to provide McKesson with financial statements upon request. This form is subject to credit approval by McKesson. Customer authorizes McKesson, its employees, representatives, and agents (i) to investigate information provided, and Customer's credit, financial and banking records, (ii) to obtain Customer's credit bureau report and (iii) to share with its affiliates experiential and transactional information regarding Customer and Customer's Account. McKesson is authorized to retain information obtained as part of the application process whether or not the requested account and/or credit is granted. Customer agrees to pay all reasonable attorney fees and expenses or cost incurred by McKesson in enforcing its rights to collect amounts due from Customer.

By signing below, the undersigned authorizes McKesson to order a consumer report related to the business principal(s) to determine credit eligibility.

| | | | |
|---|---|---|---|
| [signature] | Craig Deligdish, MD | MD | 4-15-10 |
| Authorized Signature | Print Name | Title | Date |

(This form must be signed by a Corporate Officer, Partner, Owner or Authorized Agent)

EXHIBIT 1

1

MCKESSON
McKesson Specialty Health

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086
(800) 482-6700
mscs.mckesson.com

# Account Statement



| Statement Date | Customer No. |
|---|---|
| 02-09-2016 | 4776 |

| Statement Summary | |
|---|---|
| Total Past Due | 242,416.02 |
| Total Current Items | 0.00 |
| Total Future Items | 50,242.86 |
| **If Paid After Due Date** | **242,416.02** |

**Bill-to:**
Omni Healthcare Inc
95 Bulldog Blvd Suite 202
MELBOURNE, FL 32901-3332

**Direct Debit and Credit Card payers please do not remit your payment. It will automatically be debited from your bank account.**

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---|---|---|
| ***Payer 4776*** | | | | | | | |
| 11-30-2015 | 309994646 | Generic Credits | **Credit - Past Due** | 11-30-2015 | - 430.87 | | - 430.87 |
| 12-04-2015 | 310027416 | WEBORDER-12/04 | **Invoice - Past Due** | 12-11-2015 | 17,193.98 | | 17,193.98 |
| 12-07-2015 | 310035887 | WEBORDER-12/07 | **Invoice - Past Due** | 12-11-2015 | 16,719.81 | | 16,719.81 |
| 12-14-2015 | 104045158 | OFFSET | **Credit - Past Due** | 12-14-2015 | - 147.54 | | - 147.54 |
| 12-01-2015 | 3700191828 | 0700161688 | **Finance Charge - Past Due** | 12-16-2015 | 3,506.10 | | 3,506.10 |
| 12-10-2015 | 310061350 | WEBORDER-12/10 | **Invoice - Past Due** | 12-18-2015 | 6,365.72 | | 6,365.72 |
| 12-11-2015 | 310065496 | WEBORDER-12/11 | **Invoice - Past Due** | 12-18-2015 | 20,426.85 | | 20,426.85 |
| 12-15-2015 | 310089137 | WEBORDER-12/15 | **Invoice - Past Due** | 12-18-2015 | 3,542.43 | | 3,542.43 |
| 12-15-2015 | 310087412 | WEBORDER-12/15 | **Invoice - Past Due** | 12-18-2015 | 37.57 | | 37.57 |
| 12-16-2015 | 310097911 | WEBORDER-12/16 | **Invoice - Past Due** | 12-18-2015 | 368.56 | | 368.56 |
| 12-16-2015 | 310100059 | WEBORDER-12/16 | **Invoice - Past Due** | 12-18-2015 | 10,907.37 | | 10,907.37 |
| 12-16-2015 | 310101612 | WEBORDER-12/16 | **Invoice - Past Due** | 12-18-2015 | 9,165.11 | | 9,165.11 |
| 12-24-2015 | 104086584 | CK122415ACHP | **Invoice - Past Due** | 12-24-2015 | 4,707.78 | | 4,707.78 |
| 12-17-2015 | 310104860 | WEBORDER-12/17 | **Invoice - Past Due** | 12-25-2015 | 2,415.90 | | 2,415.90 |
| 12-17-2015 | 310107273 | WEBORDER-12/17 | **Invoice - Past Due** | 12-25-2015 | 1,241.88 | | 1,241.88 |
| 12-18-2015 | 310109783 | WEBORDER-12/18 | **Invoice - Past Due** | 12-25-2015 | 9,928.66 | | 9,928.66 |
| 12-21-2015 | 310115640 | WEBORDER-12/21 | **Invoice - Past Due** | 12-25-2015 | 19,285.13 | | 19,285.13 |
| 12-22-2015 | 310119339 | WEBORDER-12/22 | **Invoice - Past Due** | 12-25-2015 | 19,520.09 | | 19,520.09 |
| 12-22-2015 | 310121267 | WEBORDER-12/22 | **Invoice - Past Due** | 12-25-2015 | 3,701.97 | | 3,701.97 |
| 12-23-2015 | 310123517 | WEBORDER-12/23 | **Invoice - Past Due** | 12-25-2015 | 32,767.51 | | 32,767.51 |
| 10-28-2015 | 309840417 | WEBORDER-10/28 | **Invoice - Past Due** | 12-27-2015 | 2,705.73 | | 2,705.73 |
| 10-30-2015 | 309848790 | WEBORDER-10/30 | **Invoice - Past Due** | 12-29-2015 | 1,447.13 | | 1,447.13 |
| 12-31-2015 | 310140655 | Generic Credits | **Credit - Past Due** | 12-31-2015 | - 680.12 | | - 680.12 |
| 11-02-2015 | 309861586 | WEBORDER-11/02 | **Invoice - Past Due** | 01-01-2016 | 2,705.73 | | 2,705.73 |
| 11-03-2015 | 309871154 | WEBORDER-11/03 | **Invoice - Past Due** | 01-02-2016 | 1,803.82 | | 1,803.82 |

EXHIBIT 2

McKESSON
McKesson
Specialty Health

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086
(800) 482-6700
mscs.mckesson.com

# Account Statement

Page 2 of 2

| Statement Date | Customer No. |
|---|---|
| 02-09-2016 | 4776 |

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---|---|---|
| 10-07-2015 | 309715089 | WEBORDER-10/07 | **Invoice - Past Due** | 01-05-2016 | 3,339.60 | | 3,339.60 |
| 10-09-2015 | 309724583 | WEBORDER-10/09 | **Invoice - Past Due** | 01-07-2016 | 6,679.20 | | 6,679.20 |
| 11-09-2015 | 309902262 | WEBORDER-11/09 | **Invoice - Past Due** | 01-08-2016 | 2,705.73 | | 2,705.73 |
| 10-12-2015 | 309738358 | WEBORDER-10/12 | **Invoice - Past Due** | 01-10-2016 | 3,339.60 | | 3,339.60 |
| 10-14-2015 | 309758311 | WEBORDER-10/14 | **Invoice - Past Due** | 01-12-2016 | 6,679.20 | | 6,679.20 |
| 01-01-2016 | 3700192034 | 0700161811 | **Finance Charge - Past Due** | 01-16-2016 | 2,302.46 | | 2,302.46 |
| 10-23-2015 | 309808653 | WEBORDER-10/23 | **Invoice - Past Due** | 01-21-2016 | 10,018.80 | | 10,018.80 |
| 12-01-2015 | 310005992 | WEBORDER-12/01 | **Invoice - Past Due** | 01-30-2016 | 1,447.13 | | 1,447.13 |
| 11-03-2015 | 309871156 | WEBORDER-11/03 | **Invoice - Past Due** | 02-01-2016 | 10,018.80 | | 10,018.80 |
| 11-06-2015 | 309890592 | WEBORDER-11/06 | **Invoice - Past Due** | 02-04-2016 | 6,679.20 | | 6,679.20 |
| 11-13-2015 | 309925876 | 0309925876 | Invoice - Future Due | 02-11-2016 | 3,339.60 | | 3,339.60 |
| 12-15-2015 | 310087411 | WEBORDER-12/15 | Invoice - Future Due | 02-13-2016 | 1,803.82 | | 1,803.82 |
| 11-18-2015 | 309957968 | WEBORDER-11/18 | Invoice - Future Due | 02-16-2016 | 3,339.60 | | 3,339.60 |
| 02-01-2016 | 3700195201 | 0700164472 | Invoice - Finance Charge - Fut | 02-16-2016 | 3,220.42 | | 3,220.42 |
| 11-20-2015 | 309967787 | WEBORDER-11/20 | Invoice - Future Due | 02-18-2016 | 10,018.80 | | 10,018.80 |
| 12-22-2015 | 310121268 | WEBORDER-12/22 | Invoice - Future Due | 02-20-2016 | 1,803.82 | | 1,803.82 |
| 11-24-2015 | 309982334 | WEBORDER-11/24 | Invoice - Future Due | 02-22-2016 | 10,018.80 | | 10,018.80 |
| 12-11-2015 | 310065497 | WEBORDER-12/11 | Invoice - Future Due | 03-10-2016 | 6,679.20 | | 6,679.20 |
| 12-18-2015 | 310109784 | WEBORDER-12/18 | Invoice - Future Due | 03-17-2016 | 6,679.20 | | 6,679.20 |
| 12-22-2015 | 310119360 | WEBORDER-12/22 | Invoice - Future Due | 03-21-2016 | 3,339.60 | | 3,339.60 |
| | | | | **Total All Items** | **292,658.88** | **0.00** | **292,658.88** |

EXHIBIT 2

McKESSON
McKesson Specialty Health

MSH Technology Products LLC
10101 Woodloch Forest
The Woodlands, TX 77380

MFCSpecialtyNBUs@McKesson.com

# Account Statement

Page 1 of 1

| Statement Date | Customer No. |
|---|---|
| 02-09-2016 | 4776 |

**Statement Summary**

| | |
|---|---|
| Total Past Due | 5,823.57 |
| Total Current Items | 0.00 |
| Total Future Items | 0.00 |
| **If Paid After Due Date** | **5,823.57** |

**Bill-to:**
Omni Healthcare Inc
95 Bulldog Blvd Suite 202
MELBOURNE, FL 32901-3332

**Direct Debit and Credit Card payers please do not remit your payment. It will automatically be debited from your bank account.**

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---|---|---|
| ***Payer 4776*** | | | | | | | |
| 11-01-2014 | 308193073 | LM Site 4776 | **Invoice - Past Due** | 12-01-2014 | 209.88 | | 209.88 |
| 12-01-2014 | 308334153 | LM Site 4776 | **Invoice - Past Due** | 12-31-2014 | 209.88 | | 209.88 |
| 01-01-2015 | 308456082 | LM Site 4776 | **Invoice - Past Due** | 01-31-2015 | 210.87 | | 210.87 |
| 02-01-2015 | 308579882 | LM Site 4776 | **Invoice - Past Due** | 03-03-2015 | 210.87 | | 210.87 |
| 03-01-2015 | 308693956 | LM Site 4776 | **Invoice - Past Due** | 03-31-2015 | 210.87 | | 210.87 |
| 04-01-2015 | 308828705 | LM Site 4776 | **Invoice - Past Due** | 05-01-2015 | 210.87 | | 210.87 |
| 05-01-2015 | 308952089 | LM Site 4776 | **Invoice - Past Due** | 05-31-2015 | 210.87 | | 210.87 |
| 06-01-2015 | 309078686 | LM Site 4776 | **Invoice - Past Due** | 07-01-2015 | 210.87 | | 210.87 |
| 07-01-2015 | 309212361 | LM Site 4776 | **Invoice - Past Due** | 07-31-2015 | 210.87 | | 210.87 |
| 08-01-2015 | 309337677 | LM Site 4776 | **Invoice - Past Due** | 08-31-2015 | 210.87 | | 210.87 |
| 09-01-2015 | 309481763 | LM Site 4776 | **Invoice - Past Due** | 10-01-2015 | 210.87 | | 210.87 |
| 10-01-2015 | 309683725 | LM Site 4776 | **Invoice - Past Due** | 10-31-2015 | 210.87 | | 210.87 |
| 11-01-2015 | 309852167 | LM Site 4776 | **Invoice - Past Due** | 12-01-2015 | 210.87 | | 210.87 |
| 12-01-2015 | 310007606 | LM Site 4776 | **Invoice - Past Due** | 12-31-2015 | 210.87 | | 210.87 |
| 01-01-2016 | 310270313 | zzLM Site 4776 - E | **Invoice - Past Due** | 01-31-2016 | 2,662.50 | | 2,662.50 |
| 01-01-2016 | 310144540 | LM Site 4776 | **Invoice - Past Due** | 01-31-2016 | 210.87 | | 210.87 |
| | | | | **Total All Items** | **5,823.57** | **0.00** | **5,823.57** |

EXHIBIT 2

MCKESSON
McKesson Specialty Health

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086
(800) 482-6700
mscs.mckesson.com

# Account Statement

Page 1 of 1

| Statement Date | Customer No. |
|---|---|
| 02-09-2016 | 502775 |

| Statement Summary | |
|---|---|
| Total Past Due | 1,111.30 |
| Total Current Items | 0.00 |
| Total Future Items | 10.00 |
| **If Paid After Due Date** | **1,111.30** |

**Bill-to:**
Omni Healthcare Inc
95 Bulldog Blvd Suite 202
MELBOURNE, FL 32901-3332

**Direct Debit and Credit Card payers please do not remit your payment. It will automatically be debited from your bank account.**

| Billing Date | Billing No. | P.O. No. | Description | Due Date | Net Amount If Paid By Due Date | Prompt Pay Discount | Amount If Paid After Due Date |
|---|---|---|---|---|---|---|---|
| ***Payer 502775*** | | | | | | | |
| 11-13-2015 | 309927163 | 0309927163 | **Invoice - Past Due** | 01-12-2016 | 1,111.30 | | 1,111.30 |
| 02-01-2016 | 3700195411 | 0700164682 | Invoice - Finance Charge - Fut | 02-16-2016 | 10.00 | | 10.00 |
| | | | | **Total All Items** | **1,121.30** | **0.00** | **1,121.30** |

EXHIBIT 2

McKESSON
Empowering Healthcare

# Statement

Open Item RO1A3128

MCKESSON MEDICAL SURGICAL
PO BOX 933027
ATLANTA GA 31193-3027



| | | | |
|---|---|---|---|
| **OMNI HEALTHCARE, INC** | | **Previous Amount** | $21,319.29 |
| **Account Number** | 201459 | **Payments** | $4,977.66 |
| **Statement Date** | 12/31/15 | **Outstanding Transactions** | $16,341.63 |
| **Statement Number** | 1862791 | **New Transactions** | $185.40 |
| Payment/Account Balance Inquiries: 1-800-453-5180 | | **Statement Total** | $16,527.03 |
| | | Customer Service and Other Inquiries: 1-800-811-8528 | |

| Aging by Due Date | Current | 1 - 30 Past Due | 31 - 60 Past Due | 61 and Over Past Due |
|---|---|---|---|---|
| | 185.40 | 0.00 | 244.61 | 16,097.02 |

| Trans. Date | Due Date | Trans. Type | Invoice Number | Sales Order No. | Purchase Order No. | Original Invoice No. | Open Amount |
|---|---|---|---|---|---|---|---|
| **Outstanding Charges** | | | | | | | |
| 11/06/14 | 12/06/14 | Invoice | 49611131 | 40030941 | 031510 | | 127.88 |
| 11/10/14 | 12/10/14 | Invoice | 49689634 | 39322735 | 031452 | | 53.39 |
| 11/12/14 | 12/12/14 | Invoice | 49845684 | 40399243 | 031544 | | 627.72 |
| 11/12/14 | 12/12/14 | Invoice | 49848614 | 40220320 | 031523 | | 113.82 |
| 11/13/14 | 12/13/14 | Invoice | 49894273 | 40443151 | 031552 | | 1,762.31 |
| 11/14/14 | 12/14/14 | Invoice | 49962080 | 40492297 | 031559 | | 4,585.84 |
| 11/30/14 | 11/30/14 | Finance Charge | 50476999 | | | | 75.57 |
| 12/01/14 | 12/31/14 | Invoice | 50469812 | 39322735 | 031452 | | 6.64 |
| 12/15/14 | 01/14/15 | Invoice | 51149811 | 41634067 | 031617 | | 3,116.23 |
| 12/18/14 | 01/17/15 | Invoice | 51344420 | 41625001 | 031616 | | 560.34 |
| 12/22/14 | 01/21/15 | Invoice | 51463002 | 41634067 | 031617 | | 1,042.60 |
| 12/23/14 | 01/22/15 | Invoice | 51481993 | 41945882 | 031639 | | 54.36 |
| 12/31/14 | 12/31/14 | Finance Charge | 51789121 | | | | 388.22 |
| 01/06/15 | 02/05/15 | Invoice | 51955049 | 39107368 | 031438 | | 38.94 |
| 01/31/15 | 01/31/15 | Finance Charge | 53049423 | | | | 542.27 |
| 02/02/15 | 03/04/15 | Invoice | 53105544 | 39107368 | 031438 | | 36.71 |
| 02/28/15 | 02/28/15 | Finance Charge | 54267837 | | | | 524.22 |
| 03/31/15 | 03/31/15 | Finance Charge | 55656982 | | | | 465.54 |
| 04/30/15 | 04/30/15 | Finance Charge | 57073666 | | | | 332.15 |
| 05/30/15 | 05/30/15 | Finance Charge | 58474742 | | | | 343.24 |

McKESSON
Empowering Healthcare
McKesson Medical-Surgical
9954 Mayland Drive Suite 4000
Richmond, VA 23233

# Statement

| | |
|---|---|
| **Statement Date** | **12/31/15** |
| **Statement Number** | **1862791** |
| **Account Number** | **201459** |
| **Statement Total** | **$16,527.03** |

OMNI HEALTHCARE, INC
95 BULLDOG BLVD STE 202
MELBOURNE FL 32901-3175

Please contact us regarding electronic payment options at MMS.Treasury@McKesson.com.

**Please Remit To:**

MCKESSON MEDICAL SURGICAL
PO BOX 933027
ATLANTA GA 31193-3027

0100201459900165270301862791O

EXHIBIT 2

12

# Statement

Open Item RCHA3128



**OMNI HEALTHCARE, INC**
**Account Number** 201459
**Statement Date** 12/31/15
**Statement Number** 1862791

| Trans. Date | Due Date | Trans. Type | Invoice Number | Sales Order No. | Purchase Order No. | Original Invoice No. | Open Amount |
|---|---|---|---|---|---|---|---|
| 06/30/15 | 06/30/15 | Finance Charge | 60071999 | | | | 253.05 |
| 07/31/15 | 07/31/15 | Finance Charge | 61781795 | | | | 261.50 |
| 08/31/15 | 08/31/15 | Finance Charge | 63492638 | | | | 261.50 |
| 09/30/15 | 09/30/15 | Finance Charge | 65288238 | | | | 253.05 |
| 10/31/15 | 10/31/15 | Finance Charge | 67205020 | | | | 269.93 |
| 11/30/15 | 11/30/15 | Finance Charge | 68860673 | | | | 244.61 |
| **New Transactions** | | | | | | | |
| 12/31/15 | 12/31/15 | Finance Charge | 70725604 | | | | 185.40 |

**IMPORTANT : ANY DISCREPANCY ON A SHIPMENT MUST BE REPORTED WITHIN 10 DAYS.**

**Please refer to the Reporting and Disclosure Obligations set forth in McKesson Medical-Surgical Inc.'s Term of Sale.**

**EXCEPT AS NECESSARY TO MEET YOUR REPORTING OBLIGATIONS TO REIMBURSING AGENCIES, INCLUDING MEDICARE AND MEDICAID, PRICING AND PURCHASING INFORMATION ARE CONFIDENTIAL AND PROPRIETARY.**

EXHIBIT 2

**MCKESSON**

ompany: 8290

# STATEMENT

**As of:** 01/21/2016 **Page:** 001

**DC:** 8585

**Territory:**

ATLANTIS DIAGNOSTICS
OMNI HEALTH CARE INC
LICENSE#ME34649
1344 S APOLLO BLVD
MELBOURNE FL 32901

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

**Customer:** 1005018509
**Date:** 01/21/2016

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** 01/21/2016 **Page:** 001
**Mail to:** **Comp:** 8290

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

**Cust:** 1005018509 **PLEASE CHECK ANY**
**Date:** 01/21/2016 **ITEMS NOT PAID ( )** ✓

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|
| 02/23/2010 | 01/20/2010 | 0154567001 | 7900329828 | Residual | 78.98 | P | 0154567001 | |
| 08/25/2010 | 07/20/2010 | 0056722001 | 7900363203 | Residual | 56.60 | P | 0056722001 | |
| 06/01/2011 | 06/01/2011 | 4000177694 | Service Chg | PastDueBal | 31.16 | P | 4000177694 | |
| 08/16/2011 | 08/16/2011 | 4000178676 | Service Chg | PastDueBal | 29.21 | P | 4000178676 | |
| 09/01/2011 | 09/01/2011 | 4000178892 | Service Chg | PastDueBal | 31.16 | P | 4000178892 | |
| 09/16/2011 | 09/16/2011 | 4000179016 | Service Chg | PastDueBal | 29.21 | P | 4000179016 | |
| 10/03/2011 | 10/03/2011 | 4000179182 | Service Chg | PastDueBal | 29.21 | P | 4000179182 | |
| 10/17/2011 | 10/17/2011 | 4000179391 | Service Chg | PastDueBal | 29.21 | P | 4000179391 | |
| 11/01/2011 | 11/01/2011 | 4000179705 | Service Chg | PastDueBal | 36.29 | P | 4000179705 | |
| 11/16/2011 | 11/16/2011 | 4000179943 | Service Chg | PastDueBal | 50.58 | P | 4000179943 | |
| 12/01/2011 | 12/01/2011 | 4000180320 | Service Chg | PastDueBal | 21.37 | P | 4000180320 | |
| 12/16/2011 | 12/16/2011 | 4000180569 | Service Chg | PastDueBal | 21.37 | P | 4000180569 | |
| 09/18/2012 | 09/18/2012 | 4000184814 | Service Chg | PastDueBal | 14.61 | P | 4000184814 | |
| 12/03/2012 | 12/03/2012 | 4000186081 | Service Chg | PastDueBal | 14.61 | P | 4000186081 | |
| 12/17/2012 | 12/17/2012 | 4000186379 | Service Chg | PastDueBal | 14.61 | P | 4000186379 | |
| 05/01/2013 | 05/01/2013 | 4000189142 | Service Chg | PastDueBal | 11.14 | P | 4000189142 | |
| 06/17/2013 | 06/17/2013 | 4000190067 | Service Chg | PastDueBal | 14.61 | P | 4000190067 | |
| 07/01/2013 | 07/01/2013 | 4000190364 | Service Chg | PastDueBal | 14.61 | P | 4000190364 | |
| 07/16/2013 | 07/16/2013 | 4000190667 | Service Chg | PastDueBal | 14.61 | P | 4000190667 | |
| 08/01/2013 | 08/01/2013 | 4000190970 | Service Chg | PastDueBal | 15.58 | P | 4000190970 | |
| 08/16/2013 | 08/16/2013 | 4000191273 | Service Chg | PastDueBal | 14.61 | P | 4000191273 | |
| 09/02/2013 | 09/02/2013 | 4000191573 | Service Chg | PastDueBal | 29.54 | P | 4000191573 | |
| 09/16/2013 | 09/16/2013 | 4000191885 | Service Chg | PastDueBal | 34.03 | P | 4000191885 | |
| 10/01/2013 | 10/01/2013 | 4000192270 | Service Chg | PastDueBal | 34.03 | P | 4000192270 | |
| 10/16/2013 | 10/16/2013 | 4000192583 | Service Chg | PastDueBal | 14.61 | P | 4000192583 | |
| 11/01/2013 | 11/01/2013 | 4000192984 | Service Chg | PastDueBal | 15.58 | P | 4000192984 | |
| 11/18/2013 | 11/18/2013 | 4000193381 | Service Chg | PastDueBal | 19.66 | P | 4000193381 | |
| 12/02/2013 | 12/02/2013 | 4000193599 | Service Chg | PastDueBal | 19.32 | P | 4000193599 | |
| 12/16/2013 | 12/16/2013 | 4000194000 | Service Chg | PastDueBal | 14.61 | P | 4000194000 | |
| 01/01/2014 | 01/01/2014 | 4000194342 | Service Chg | PastDueBal | 15.58 | P | 4000194342 | |

If you have questions about your account, please call 1-877-259-4624.

EXHIBIT 2

MCKESSON

# STATEMENT

As of: 01/21/2016 Page: 001

ompany: 8290

DC: 8585

Territory:

ATLANTIS DIAGNOSTICS
OMNI HEALTH CARE INC
LICENSE#ME34649
1344 S APOLLO BLVD
MELBOURNE FL 32901

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

Customer: 1005018509
Date: 01/21/2016

| | | | | | | |
|---|---|---|---|---|---|---|
| )1/16/2014 | 01/16/2014 | 4000194714 | Service Chg | PastDue | 14.61 | P |

**To ensure proper credit to your account, detach and return this stub with your remittance**

As of: 01/21/2016 Page: 001
Mail to: Comp: 8290

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

Cust: 1005018509 **PLEASE CHECK ANY**
Date: 01/21/2016 **ITEMS NOT PAID**
4000194714 ( ) ✓

If you have questions about your account, please call 1-877-259-4624.

EXHIBIT 2

MCKESSON

# STATEMENT

ompany: 8290

As of: 01/21/2016 Page: 002

DC: 8585

Territory:

ATLANTIS DIAGNOSTICS
OMNI HEALTH CARE INC
LICENSE#ME34649
1344 S APOLLO BLVD
MELBOURNE FL 32901

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

Customer: 1005018509
Date: 01/21/2016

**To ensure proper credit to your account, detach and return this stub with your remittance**

As of: 01/21/2016 Page: 002
Mail to: Comp: 8290

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

Cust: 1005018509 **PLEASE CHECK ANY**
Date: 01/21/2016 **ITEMS NOT PAID ( )** ✓

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Amount (net) | PF | Receivable Number |
|---|---|---|---|---|---|---|---|
| 02/03/2014 | 02/03/2014 | 4000195147 | Service Chg | PastDueBal | 25.52 | P | 4000195147 |
| 02/17/2014 | 02/17/2014 | 4000195549 | Service Chg | PastDueBal | 23.93 | P | 4000195549 |
| 03/03/2014 | 03/03/2014 | 4000195868 | Service Chg | PastDueBal | 20.74 | P | 4000195868 |
| 03/17/2014 | 03/17/2014 | 4000196285 | Service Chg | PastDueBal | 31.94 | P | 4000196285 |
| 04/01/2014 | 04/01/2014 | 4000196758 | Service Chg | PastDueBal | 34.06 | P | 4000196758 |
| 04/16/2014 | 04/16/2014 | 4000197169 | Service Chg | PastDueBal | 31.94 | P | 4000197169 |
| 05/01/2014 | 05/01/2014 | 4000197632 | Service Chg | PastDueBal | 28.98 | P | 4000197632 |
| 05/16/2014 | 05/16/2014 | 4000197942 | Service Chg | PastDueBal | 28.98 | P | 4000197942 |
| 06/02/2014 | 06/02/2014 | 4000198372 | Service Chg | PastDueBal | 34.07 | P | 4000198372 |
| 06/16/2014 | 06/16/2014 | 4000198874 | Service Chg | PastDueBal | 31.94 | P | 4000198874 |
| 07/01/2014 | 07/01/2014 | 4000199387 | Service Chg | PastDueBal | 31.94 | P | 4000199387 |
| 07/16/2014 | 07/16/2014 | 4000199869 | Service Chg | PastDueBal | 31.94 | P | 4000199869 |
| 08/01/2014 | 08/01/2014 | 4000200369 | Service Chg | PastDueBal | 30.91 | P | 4000200369 |
| 08/18/2014 | 08/18/2014 | 4000200849 | Service Chg | PastDueBal | 28.98 | P | 4000200849 |
| 09/01/2014 | 09/01/2014 | 4000201365 | Service Chg | PastDueBal | 49.39 | P | 4000201365 |
| 09/16/2014 | 09/16/2014 | 4000201854 | Service Chg | PastDueBal | 46.31 | P | 4000201854 |
| 10/01/2014 | 10/01/2014 | 4000202337 | Service Chg | PastDueBal | 46.31 | P | 4000202337 |
| 10/16/2014 | 10/16/2014 | 4000202839 | Service Chg | PastDueBal | 46.31 | P | 4000202839 |
| 03/27/2015 | 04/27/2015 | 7900730490 | 031850 | Invoice | 1,660.00 | P | 7900730490 |
| 05/11/2015 | 06/11/2015 | 7900735524 | 031966 | Invoice | 1,260.00 | P | 7900735524 |
| 06/22/2015 | 07/23/2015 | 7900744943 | 032058 | Invoice | 1,660.00 | P | 7900744943 |
| 08/17/2015 | 09/17/2015 | 7900758303 | 32199 | Invoice | 1,260.00 | P | 7900758303 |
| 11/11/2015 | 11/29/2015 | 7900774700 | 032382 | Invoice | 1,660.00 | P | 7900774700 |
| 12/22/2015 | 01/22/2016 | 7900783744 | 032525 | Invoice | 668.85 | | 7900783744 |

If you have questions about your account, please call 1-877-259-4624.

EXHIBIT 2

MCKESSON

# STATEMENT

ompany: 8290

ATLANTIS DIAGNOSTICS
OMNI HEALTH CARE INC
LICENSE#ME34649
1344 S APOLLO BLVD
MELBOURNE FL 32901

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

As of: 01/21/2016 Page: 003

DC: 8585

Territory:

Customer: 1005018509
Date: 01/21/2016

**To ensure proper credit to your account, detach and return this stub with your remittance**

As of: 01/21/2016 Page: 003
Mail to: Comp: 8290

McKesson Specialty Distribution LLC
PO Box 841838
Dallas TX 75284-1838

Cust: 1005018509 **PLEASE CHECK ANY**
Date: 01/21/2016 **ITEMS NOT PAID ( )** ✓

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Amount (net) | P F | Receivable Number |
|---|---|---|---|---|---|---|---|

PF column legend: P = Past Due Item, F = Future Due Item, blank = Current Due Item

TOTAL:

Subtotals: 9,571.60 USD

Future Due: 0.00

Past Due: 8,889.10

Last Payment 12/22/2015 2,657.10

Due If Paid On Time: USD 9,557.95

Disc lost if paid late: 13.65

Due If Paid Late: USD 9,571.60

If you have questions about your account, please call 1-877-259-4624.

EXHIBIT 2

17