SCOTT O. SMITH (SBN: 62839)
Email: scottsmith@buchalter.com
MANCY PENDERGRASS (SBN: 252705)
Email: mpendergrass@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Plaintiff, McKESSON CORPORATION, a Delaware corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

McKESSON CORPORATION, a Delaware corporation,

Plaintiff,

v.

OMNI HEALTHCARE, INC., a Florida corporation,

Defendant.

Case No. 3:16-cv-00773-MEJ

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE:**

This action is dismissed with prejudice by the Plaintiff, McKesson Corporation, in its entirety. This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: May 11, 2016

BUCHALTER NEMER
A Professional Corporation

By: ______________________________
SCOTT O. SMITH
MANCY PENDERGRASS
Attorneys for Plaintiff
MCKESSON CORPORATION, a
Delaware corporation

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles , State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457, and my email address is mvarela@buchalter.com.

On the date set forth below, I served the foregoing document described as:

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Kilpatrick Townsend & Stockton LLP
John Michaelson
Matthew J. Meyer
1080 Marsh Road
Menlo Park, CA 94025

☑ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in Los Angeles, California on May 12, 2016. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☑ I certify that I am employed in the office of a member of the bar of this court. Executed on May 12, 2016, at Los Angeles, California.

| M. F. Varela | */s/ M. F. Varela* |
|---|---|
| (Name) | (Signature) |